IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Dyshanna Dozier | : | |
| | : | No. 21-12764-AMC |
| Debtor | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Determine Valuation of Property, it is hereby

ORDERED and DECREED that the Motion is GRANTED and Creditor, Ally Bank, Proof of Claim #16-1 is disallowed in the amount of $30,121.62 but is allowed as a secured claim in the amount of $17,488.00 with interest at 6% and for such further relief as necessary.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE