**Kelley Blue Book**
THE TRUSTED RESOURCE

# 2015 Nissan Pathfinder Pricing Report

**Style:** S Sport Utility 4D

**Mileage:** 69000

**KBB.com Expert Rating:** 4.3

**KBB.com Consumer Rating:** 4

## Vehicle Highlights

Fuel Economy: City 20/Hwy 27/Comb 23 MPG

Max Seating: 7

Doors: 4

Engine: V6, 3.5 Liter

DriveTrain: 2WD

Transmission: Automatic, CVT

EPA Class: Small Sport Utility Vehicles

Body Style: SUV

Country of Origin: Japan



**From a Dealer**

Fair Market Range
**$16,051 - $18,924**
Fair Purchase Price
$17,488

Typical Listing Price
$17,888

Valid for **ZIP code 19107** through **12/27/2021**